IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Petitioner,

v.                            Case No. 4:19cv412-MW/MAF

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 28, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 30. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. As explained in the report and recommendation, the Florida Supreme Court has the authority to issue a sanction order which is forwarded to DOC for disciplinary action and a challenge to such sanctions is not cognizable under § 2241. This is not a case where the DOC takes its own disciplinary action resulting which can be a cognizable claim assuming exhaustion etc. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 13, is **GRANTED**. Petitioner's amended petition for writ of habeas corpus filed

under 28 U.S.C. § 2241, ECF No. 5, is **DISMISSED**." The Clerk shall also close the file.

**SO ORDERED on April 23, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**